183 P.3d 755

# SUPREME COURT OF HAWAI'I

**April 17, 2008**

| | | |
|---|---|---|
| 27534 | Mussack v. State, Dept. of Educ. | Affirmed |

**April 21, 2008**

| | | |
|---|---|---|
| 28009 | State v. Emch | Vacated and Remanded |